UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEZIGN LICENSING, LLC,<br>         Plaintiff,<br>    v.<br>POSHMARK, INC.,<br>         Defendant. | Case No. 24-cv-00256-AMO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

On January 15, 2024, Plaintiff Jezign Licensing, LLC, filed a Complaint against Defendant Poshmark, Inc. As of the date of this Order, Plaintiff has not filed a proof of service of process upon Defendant.

Rule 4(c) of the Federal Rules of Civil Procedure ("Rules" or, individually, "Rule") provides that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Rule 4(m) provides that if a defendant "is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

The Complaint was filed 90 days prior to the date of this Order. Plaintiff has not filed a proof of service of process. Plaintiff is therefore ORDERED to show good cause in writing within fourteen (14) days of the date of this Order why the Court should not dismiss this action pursuant to Rule 4(m) for failure to timely serve Defendant.

//

//

//

1    The case management conference set for April 18, 2024, is hereby VACATED.

2    **IT IS SO ORDERED.**

3    Dated: April 16, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**